**Fisher Broyles**

**Matthew C. DeFrancesco**
Partner
Matthew.DeFrancesco@fisherbroyles.com
Direct: +1.914.299.1139

April 17, 2023

**VIA ECF AND EMAIL**
The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Enemigo Ltd. v. Trinity Beverage Group, LLC et al.* **(1:22-CV-09794)**

Dear Judge Buchwald:

    I am writing on behalf of Defendant Oracles Capital, Inc. ("Oracles") pursuant to Rule 1.E. of Your Honor's Individual Practices, and jointly with all parties to this matter, to request an adjournment of the pre-trial conference scheduled from April 20, 2023 to either May 1, 2023, or May 2, 2023, or at a date and time that the Court deems suitable.

    The reason for the requested adjournment is due to a conflict with respect to counsel for Oracles. All parties have consented to the foregoing adjournment and this is the first time that an adjournment has been requested regarding the pre-trial conference.

    We appreciate Your Honor's time and attention to this matter.

```
Application granted.  The IPC will be
rescheduled to May 2, 2023, at 2:00 PM.

SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 18, 2023
```

    Respectfully submitted,

    **FISHERBROYLES, LLP**
    */s/ MATTHEW C. DEFRANCESCO*
    MATTHEW C. DEFRANCESCO