# O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS

Christopher Helsel
Direct: 703.775.8609
Cell: 551.804.0218
chelsel@ohaganmeyer.com

March 19, 2024

**VIA ECF**

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Enemigo Ltd. v. Trinity Beverage Group, LLC, et al.,* **1:22-CV-09794**

Dear Judge Buchwald,

My office represents Defendant Verity Wines, LLC in the above-referenced matter. I write on behalf of all Defendants.

As Your Honor is aware, the Defendants' motion to dismiss the Complaint for lack of subject matter jurisdiction is currently pending. By letter dated March 4, 2024, Plaintiff's counsel requested leave from the Court to submit a supplemental brief in further opposition to that motion. That request was granted, and Plaintiff's counsel filed its supplemental opposition brief on Friday, March 15.

Having now had a chance to review the Plaintiff's most recent submission, the Defendants respectfully request leave of the Court to submit a supplemental brief no longer than three pages by March 27, 2024 in further support of their motion to dismiss, which will be limited to responding directly to the issues set forth in the Plaintiff's supplemental opposition brief.

We thank the Court for its consideration of this request.

Respectfully,

Christopher Helsel

CC: All counsel of record (via ECF and email)