```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ENEMIGO LTD.,

                Plaintiff,                    O R D E R

          - against -                         22 Civ. 9794 (NRB)

TRINITY BEVERAGE GROUP, LLC,
MICHAEL BELL, HILL FLYNN, VERITY
WINES, LLC, ORACLES CAPITAL,
INC., ORACLES IMPORTS, LLC d/b/a
ORACLES CRAFT BRANDS, KATHRYN
SELBY, and SELBY NEW YORK, INC.,

                Defendants.
---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on February 18, 2025, Pierson Ferdinand LLP, counsel for defendants Oracles Capital, Inc. and Oracles Imports, LLC (together, the "Oracles defendants"), filed a motion to withdraw as counsel, ECF No. 166, as well as an accompanying memorandum of law, ECF No. 168, and declaration, ECF No. 167; and

    **WHEREAS** on March 20, 2025, this Court granted the motion and ordered the Oracles defendants to retain counsel within 30 days, stating that failure to do so would result in the entry of a default against them and the inability to pursue any cross-claim or counter-claim, ECF No. 169; and

    **WHEREAS** no notice of appearance has been filed on behalf of the Oracles defendants; it is hereby

**ORDERED** that the Clerk of Court enter default as against the Oracles defendants.

DATED:   New York, New York
         May 7, 2025

                                              _____
                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE