

LEVY
GOLDENBERG LLP

75 Broad Street | Suite 2120 | New York, New York 10004 | 212.906.4499

Andrew R. Goldenberg
andrew@levygoldenberg.com

October 30, 2024

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Enemigo Ltd. v. Trinity Beverage Group, LLC,* **et al., Case No. 1:22-cv-09794-NRB**

Dear Judge Buchwald:

> We represent Plaintiff Enemigo Ltd. ("Enemigo" or "Plaintiff"). Pursuant to ECF Rule 6 and Your Honor's Individual Rule 2(H)(2), we write to seal in public view on the Court's ECF system a document that Defendants Michael Bell and Trinity Beverage Group, LLC have designated as "Confidential" in accordance with the Protective Order in this matter. *See* ECF Doc. 72. The document marked as "Confidential" is Exhibit A (the "Sealed Document") to the Goldenberg Declaration submitted in support of Enemigo's opposition to the Selby Defendants' Motion to Dismiss. Pursuant to ECF Rule 6.9, the Viewing Level applied to the Sealed Document is "Selected Parties." Contemporaneously with the electronic filings, we have mailed courtesy copies to Chambers of the Sealed Document.

Respectfully,

Andrew R. Goldenberg

```
Plaintiff's motion to seal is granted,
subject to reconsideration should it
eventuate that maintaining the parties'
desired confidentiality is inconsistent
with the Court's ability to fully
address the issues, mindful of the
public's right to know.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date: May 16, 2025
      New York, New York
```