

May 19, 2025

**VIA ECF FILING**

**Seth Nirenberg**
Direct Phone   212-908-1347
Direct Fax     646-225-5102
SNirenbergt@cozen.com

Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, New York 10007

      Re:    <u>**Enemigo Ltd. v. Trinity Beverage Group, LLC, et al.**</u>
             **Docket No.: 1:22-cv-09794-NRB**

Dear Judge Buchwald:

      We represent Defendants Trinity Beverage Group, LLC ("Trinity") and Michael Bell ("Bell") in the above referenced action.

      This letter is submitted to advise the Court that the parties have come to learn that on May 12, 2025 Defendant Oracles Capital, Inc. filed a Voluntary Petition for Non-Individuals Filing for Bankruptcy in the United States Bankruptcy Court District of Delaware (Case No.: 25-10870-LSS).

      If you have any questions or need additional information, please do not hesitate to contact the undersigned and the Parties will coordinate a joint conference with Your Honor to discuss.

                                                                Sincerely,

                                                                COZEN O'CONNOR

                                                                *Seth A. Nirenberg*
                                                                 By: Seth A. Nirenberg

TO:    All Parties via ECF