## EXHIBIT A

## STIPULATION OF DISMISSAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENEMIGO LTD., <br><br> Plaintiff, <br><br> -against- <br><br> TRINITY BEVERAGE GROUP, LLC MICHAEL BELL, HILL FLYNN, JURETA CAPITAL PARTNERS LLC, VERITY WINES, LLC, ORACLES CAPITAL, INC. <br><br> Defendants. | Case No. 1:22-cv-09794 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between plaintiff Enemigo Ltd. ("Plaintiff"), and Defendants Trinity Beverage Group, LLC, Michael Bell, Hill Flynn, and Verity Wines, LLC (collectively, "Defendants"), which are all parties in the above-captioned action, that all claims, cross-claims and counterclaims, asserted herein as against Plaintiff and Defendants are dismissed with prejudice and without costs. Dated: August 18, 2025

| LEVY GOLDENBERG LLP | COZEN O'CONNOR LLP |
|---|---|
| By: _____ <br> Andrew R. Goldenberg <br> 75 Broad Street, Suite 2120 <br> New York, New York 10004 <br> Tel: (212) 906-4499 <br> andrew@levygoldenberg.com <br><br> *Attorneys for Plaintiff Enemigo Ltd.* | By: *Seth Nirenberg* <br> Seth Nirenberg <br> 3 WTC, 175 Greenwich Street 55th <br> Floor New York, New York 10007 <br> Tel: 212-908-1347 <br> snirenberg@cozen.com <br><br> *Attorneys for Defendants Trinity Beverage Group, LLC, Michael Bell* |

| O'HAGEN MEYER, PLLC | KAUFMAN DOLOWICH LLP |
|---|---|
| By: *[signature]* <br> Tamara S. Grimm <br> 1717 Arch Street, Suite 3910 <br> Philadelphia, PA 19103 <br> Tel: (215) 461-3306 <br> tgrimm@ohaganmeyer.com <br><br> *Attorneys for Defendant Verity Wines, LLC* | By: _____ <br> Patrick Kennell <br> 40 Exchange Place, 20th Floor <br> New York, NY 10005 <br> Tel: (646) 599-9420 <br> pkennell@kaufmandolowich.com <br><br> *Attorneys for Defendant Hill Flynn* |

| O'HAGEN MEYER, PLLC | KAUFMAN DOLOWICH LLP |
|---|---|
| By: *Tamara S. Grimm, Esq.* <br> Tamara S. Grimm <br> 1717 Arch Street, Suite 3910 <br> Philadelphia, PA 19103 <br> Tel: (215) 461-3306 <br> tgrimm@ohaganmeyer.com | By: _____ <br> Patrick Kennell <br> 40 Exchange Place, 20th Floor <br> New York, NY 10005 <br> Tel: (646) 599-9420 <br> pkennell@kaufmandolowich.com |
| *Attorneys for Defendant Verity Wines, LLC* | *Attorneys for Defendant Hill Flynn* |