```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ENEMIGO LTD.,

                Plaintiff,                    ORDER

        - against -                       22 Civ. 9794 (NRB)

TRINITY BEVERAGE GROUP, LLC,
MICHAEL BELL, HILL FLYNN,
JURETA CAPITAL PARTNERS LLC,
VERITY WINES LLC, ORACLES
CAPITAL, INC., ORACLES IMPORTS,
LLC d/b/a ORACLES CRAFT BRANDS,
KATHRYN SELBY, and SELBY NEW
YORK, INC.,

                Defendants.

-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on August 18, 2025, the parties in the above-captioned action entered into a stipulation of voluntary dismissal, ECF No. 189; and

WHEREAS, on May 8, 2025, the Clerk of Court issued a Clerk's Certificate of Default as to defendants Oracles Capital, Inc. and Oracles Imports, LLC (together, the "Oracles defendants"), ECF No. 184; and

WHEREAS, following entry of the Certificate of Default, the Oracles defendants have not had any further contact with the Court; it is hereby

**ORDERED** that this action is dismissed as to all defendants;

and it is further

**ORDERED** that the Clerk of Court terminate all pending motions and close the case.

Dated:   New York, New York
         September 5, 2025

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE